# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | § | Case No. **09-18580-JA** |
| | § | |
| **MCCALL, DWAYNE SCOTT** | § | Chapter **7** |
| **MCCALL, GINA RENE** | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $338.80 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| CITIBANK SOUTH DAKOTA NA<br>4740 121ST STREET<br>URBANDALE, IA  50323 | 11 | 338.80 |

Dated:  11/22/10                    /s/ Elliott Polaniecki
                                                    Case Trustee

cc:     U.S. Trustee